**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF: C.S., A MINOR | : No. 108 MAL 2019 |
| | : |
| | : |
| PETITION OF: J.S., BIOLOGICAL MOTHER | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.